NO. 07-05-0010-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 28, 2005

_____

JOSEPH ROBERTS AND J & L BAIL BONDS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE COUNTY COURT OF OCHILTREE COUNTY;

NO. 2306; HONORABLE KENNETH RAY DONAHUE, JUDGE

_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On January 14, 2005, the clerk of this court received a copy of a Notice of Appeal filed on behalf of appellants Joseph Roberts and J & L Bail Bonds. By letter dated January 14, 2005, the clerk advised counsel for appellants that a filing fee had not been received, see TEX. R. APP. P. 5. The clerk's letter likewise advised that failure to pay the filing fee may result in dismissal of the appeal. See TEX. R. APP. P. 42.3(c).

The filing fee has not been paid.  Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3(c).


James T. Campbell
Justice